UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 97-3097-CIV-NESBITT

RAUL SOSA and MAURA SOSA,
his wife,

      Plaintiffs,

vs.

THE CITY OF MIAMI, etc, et al.,

      Defendants.
_____/

### AGREED MOTION TO STAY ACTION PENDING CITY APPROVAL OF THE SETTLEMENT AGREEMENT

The undersigned counsel enter this Agreed Motion to Stay the proceedings pending authorization and finalization of a Settlement Agreement reached at Mediation on February 12, 1999, and advise the Court that the matter was resolved and upon ratification by the necessary parties on behalf of the City of Miami, the parties will submit a Stipulation for Dismissal with Prejudice, each party to bear their own costs and fees.

It is estimated by the parties that the final Stipulation for Dismissal will be provided to the Court within 90 days of this Motion, and therefore move to stay the case for 90 days until receipt of the final authority for settlement.

Dated: February 16, 1999.

CASE NO.: 97-3097-CIV-NESBITT

| | |
|---|---|
| CHARLES C. MAYS, ESQ.<br>Chief Asst. City Attorney<br>444 SW 2nd Avenue, Suite 945<br>Miami, FL 33130-1910<br>(305) 416-1800<br>(305) 416-1801 - Fax | FULLER, MALLAH & ASSOCIATES, P.A.<br>Attorneys for Plaintiffs<br>1111 Lincoln Road, Suite 802<br>Miami Beach, FL 33139<br>(305) 538-6483 - Dade<br>(954) 463-6570 - Broward<br>(305) 534-9894 - Fax |
| By: *[signed: original to follow]*<br>Charles C. Mays, Esq.<br>Fla. Bar No.: | By: *[signed]*<br>John D. Mallah, Esq.<br>Fla. Bar No.: 457760 |

J:\FMA\SOSA\RAU.492\PLEADING\M2Stay.wpd

CASE NO.: 97-3097-CIV-NESBITT

CHARLES C. MAYS, ESQ.
Chief Asst. City Attorney
444 SW 2nd Avenue, Suite 945
Miami, FL 33130-1910
(305) 416-1800
(305) 416-1801 - Fax

By: _____
Charles C. Mays, Esq.
Fla. Bar No.: 201073

FULLER, MALLAH & ASSOCIATES, P.A.
Attorneys for Plaintiffs
1111 Lincoln Road, Suite 802
Miami Beach, FL 33139
(305) 538-6483 - Dade
(954) 463-6570 - Broward
(305) 534-9894 - Fax

By: _____
John D. Mallah, Esq.
Fla. Bar No.: 457760

J:\FMA\SOSARAU492\PLEADING\M2Rmy.wpd

-2-