UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    : 97-3097-CIV-NESBITT
JUDGE       : LENORE C. NESBITT
TRIAL DATE: 04/19/99

RAUL SOSA

    Plaintiff(s),

vs.

CITY OF MIAMI

    Defendant(s).

**MEDIATORS REPORT**

*********************************

COMES NOW Cindy Niad Hannah, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 02-12-99 13:30.

__X__    AN AGREEMENT WAS REACHED.

       __X__ Mediation Agreement attached, with the parties consent.

_____    No Agreement was reached; Impasse.

_____    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ____/____/____/ this matter shall be considered at an Impasse.

_____    A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

_____    Other:_____

_____.

_Cindy M. Hannah_
Certified Mediator, FLORIDA MEDIATION GROUP - FMG# 0-34985

(X)                              ( )
28 W. Flagler St.            800 E. Broward Blvd.
10th Floor                   Suite 400
Miami, FL. 33130            Ft. Lauderdale, FL. 33301
(305) 579-9990              (305) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)
2/17/99
medrept.fed

## MEDIATION SETTLEMENT AGREEMENT

RAUL SOSA and Maura Sosa

VS.

CITY OF MIAMI, et al

COURT CASE #: 97-3097-CIV-~~NESBITT~~ SEITZ

CIRCUIT:   COUNTY: DADE

FEDERAL DISTRICT: _____

The parties and/or their respective counsel and/or representative hereby stipulate and agree that all matters arising out of the above matter, including any subrogation claims, are hereby resolved as follows:

Defendant(s) shall pay to the Plaintiff(s) the amount of $ 35,000.00.* Each party shall bear their respective attorney fees and costs. All other matters discussed at the mediation shall remain privileged and confidential, unless otherwise agreed by all parties. The court shall retain Jurisdiction to enforce the terms of the SETTLEMENT AGREEMENT.

Additional terms: This Agreement is subject to approval by the torts committee of the City of Miami, The City of Miami Commission and the Florida Oversight Board.

DATE: 2/12/99

Plaintiff RAUL SOSA

Plaintiff MAURA SOSA

_____ JOHN MALLAH
Counsel for Plaintiffs

On behalf of Defendants

Counsel for Defendants

**Copies furnished to above**

(_____)       FMG #: 0-34985

AGREE.MED